IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NOLAN LAVAN BIGGINS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-46 |
| v. | |
| NURSE WYNN, and DOCTOR VASINCO, | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 1, 2022, Report and Recommendation, (doc. 5), to which plaintiff has not filed an objection.[1]  The Court **ADOPTS** the Report and Recommendation as its opinion.  Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 2nd day of December, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In fact, the Report and Recommendation was also returned as undeliverable.  (Doc. 6.)  He, therefore, appears to have failed to comply with the Local Rules' requirement "to apprise the Court of any address change."  L.R. 11.1. Biggins' noncompliance with Local Rule 11.1 provides an alternative basis for dismissal.  *Cf.* Fed. R. Civ. P. 41(b).